NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DICAM, INC.,**
*Plaintiff-Appellant,*

v.

**CELLCO PARTNERSHIP (DOING BUSINESS AS VERIZON WIRELESS),**
*Defendant-Appellee,*

and

**AT&T MOBILITY LLC (FORMERLY KNOWN AS CINGULAR WIRELESS, LLC), SPRINT SPECTRUM, LP, AND NEXTEL OPERATIONS, INC.,**
*Defendants-Appellees,*

and

**PERSONAL COMMUNICATIONS DEVICES, LLC (FORMERLY KNOWN AS UTSTARCOM),**
*Defendant-Appellee,*

and

**PALM, INC.,**
*Defendant-Appellee.*

---

2011-1034

---

Appeal from the United States District Court for the Western District of Virginia in case no. 08-CV-0053, Judge James C. Turk.

---

## ON MOTION

---

Before LINN, *Circuit Judge.*

### ORDER

The appellant submits an unopposed motion to remand this case to the United States District Court for the Western District of Virginia and to dismiss this appeal.

The court notes that the appeal cannot be both remanded and dismissed, as these are mutually exclusive dispositions. The only explanation provided by the movant for the requested relief is that the parties "have reached a resolution of this case and request that the matter be remanded to the trial court for further proceedings in the District Court below and that the above-captioned appeal be dismissed."

The movant does not explain why the case should be remanded rather than dismissed, in view of the voluntary resolution of the case, and does not explain what "further proceedings" it requests that this court remand for the trial court to undertake. Absent an adequate explanation, this court denies the motion without prejudice to renewal within 14 days of the date of filing of this order.

Accordingly,

IT IS ORDERED THAT:

The motion is denied without prejudice to renewal within 14 days of the date of filing of this order. The briefing schedule is stayed.

FOR THE COURT

__JAN 2 6 2011__                     /s/ Jan Horbaly
        Date                          Jan Horbaly
                                      Clerk

cc:  Michael T. Cooke, Esq.
     David L. Witcoff, Esq.
     Brian C. Riopelle, Esq.
     Mark V. Campagna, Esq.
     David C. Doyle, Esq.                    FILED
     Thomas R. DeSimone, Esq.       U.S. COURT OF APPEALS FOR
                                          THE FEDERAL CIRCUIT

s8                                        JAN 2 6 2011

                                            JAN HORBALY
                                               CLERK